UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:20-po-00087-DB |
| ) | |
| Plaintiff, ) | ORDER TO DISMISS AND VACATE INITIAL APPEARANCE |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER S. HURD, ) | DATE:  July 14, 2020 |
| ) | TIME:  9:00 a.m. |
| Defendant. ) | JUDGE: Honorable Deborah Barnes |
| ) | |
| ) | |
| ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:20-po-00087-DB with prejudice is GRANTED.

It is further ordered that the initial appearance scheduled on July 14, 2020, is vacated.

IT IS SO ORDERED.

Dated:  July 13, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE